(127 So. 499)

## Cabe SEXTON v. STATE.
### 3 Div. 912.

Supreme Court of Alabama.
Jan. 16, 1930.

Rehearing Denied April 3, 1930.

Ira B. Thompson, of Luverne, for petitioner.

Charlie C. McCall, Atty. Gen., for the State.

BOULDIN, J.

Petition of Cabe Sexton for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Sexton v. State, 127 So. 497.

Writ denied.

ANDERSON, C. J., and GARDNER and FOSTER, JJ., concur.

On Rehearing.

BOULDIN, J.

Petitioner insists on rehearing that the case of Casey v. State, 19 Ala. App. 317, 97 So. 165, followed by the Court of Appeals in the present case, is not supported by Hardeman v. State, 202 Ala. 694, 81 So. 656.

Be this as it may, the decision in Casey v. State, supra, upon the point to which it is cited is correct. Hughes v. State, 11 Ala. App. 307, 66 So. 844, and cases there cited; 16 C. J. 1282.

Application for rehearing overruled.

ANDERSON, C. J., and GARDNER and FOSTER, JJ., concur.